

*gmr*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS
**750 Missouri Avenue**
**P. O. Box 249**
**East St. Louis, IL 62202**
**618/482-9371**

**Norbert G. Jaworski**
**Clerk of Court**

**November 27, 2007**

# FILED

**DEC 0 3 2007** *aew*
*12-03-07*
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

Mr. Michael W. Dobbins, Clerk
U. S. District Court
for Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

Dear Mr. Dobbins:

**RE: Amaya vs. People of the State of Illinois**
**Civil Case No. 07-730 MJR**

On 11/20/2007, an Order by the Honorable Michael J. Reagan, U. S. District Judge, was entered transferring the above-mentioned case from this District Court to the U. S. District Court for the Northern District of Illinois.

We have enclosed all of the original documents (1-3), as well as a certified copy of the docket sheet.

Please acknowledge receipt by returning a signed copy of this letter.

Sincerely,

Norbert G. Jaworski, Clerk

**By:   s/Jackie Payton**
**Deputy Clerk**

Enclosures

Receipt Acknowledged on: _____
By:_____

07CV6793
JUDGE DARRAH
MAGISTRATE JUDGE DENLOW

CV-18
(6/04)

CJRA_T, CLOSED, FILE_CREATED, HABEAS

# U.S. District Court
## Southern District of Illinois (East St. Louis)
### CIVIL DOCKET FOR CASE #: 3:07-cv-00730-MJR
### Internal Use Only

Amaya v. People of the State of Illinois et al
Assigned to: Judge Michael J. Reagan
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 10/18/2007
Date Terminated: 11/20/2007
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Armando Amaya**

# FILED

DEC 0 3 2007 *aew*
12-03-07
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

represented by **Armando Amaya**
K75877
TAMMS CORRECTIONAL CENTER
200 East Supermax Road
PO Box 2000
Tamms, IL 62988
PRO SE

V.

**Respondent**

**People of the State of Illinois**

**Respondent**

**Acting Warden Ken Bartley**
*Warden*

**Respondent**

**Attorney General of the State of Illinois**



CERTIFIED TRUE COPY
Norbert G. Jaworski, Clerk
BY
Deputy Clerk
DATE 11/28/07

| Date Filed | # | Docket Text |
|---|---|---|
| 10/18/2007 | 1 | PETITION for Writ of Habeas Corpus (Filing fee of $5.00 paid in full, receipt number 34625001790.) filed by Armando Amaya. (Attachments: # 1 Memorandum in Support of Petition)(jao) (Entered: 10/19/2007) |
| 10/18/2007 | 2 | MOTION for Leave to Proceed in forma pauperis by Armando Amaya. (jao) (Entered: 10/19/2007) |
| 10/18/2007 | 3 | MOTION to Appoint Counsel by Armando Amaya. (jao) (Entered: 10/19/2007) |
| 10/19/2007 | 4 | Letter from USDC/SDIL to Petitioner informing same of case number. (jao) Additional attachment(s) added on 10/19/2007 (jao, ). (Entered: 10/19/2007) |
| 10/19/2007 |  | (Court only) ***Staff notes Letter, receipt and copies mailed to Petitioner this date. (jao) (Entered: 10/19/2007) |
| 11/20/2007 | 5 | ORDER TRANSFERRING CASE TO OTHER DISTRICT: Case transferred to the United States District Court for the Northern District of Illinois, Eastern Division. Signed by Judge Michael J. Reagan on 11/20/2007. (jwt) (Entered: 11/20/2007) |
| 11/27/2007 | 6 | Letter to Northern District of Illinois (jmp) (Entered: 11/27/2007) |

07CV6793
JUDGE DARRAH
MAGISTRATE JUDGE DENLOW

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FILED**

ARMANDO AMAYA, )
)
    Petitioner, )
)
vs. )
)
PEOPLE OF THE STATE OF ILLINOIS, )
*et al.*, )
)
    Respondents. )

DEC 0 3 2007 *aew*
12-03-07
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

CIVIL NO. 07-730-MJR

07CV6793
JUDGE DARRAH
MAGISTRATE JUDGE DENLOW

### MEMORANDUM AND ORDER

**REAGAN, District Judge:**

In this habeas corpus action, filed pursuant to 28 U.S.C. § 2254, Petitioner brings a collateral attack on his 1999 conviction for first degree murder, attempted first degree murder, two counts aggravated discharge of a firearm, and two counts aggravated battery with a firearm, for which he is serving a 62-year sentence. Petitioner has moved the Court for leave to proceed *in forma pauperis.* [1]

Petitioner was convicted in Kane County, which is situated in the federal judicial district for the Northern District of Illinois. 28 U.S.C. § 93(a)(1). He is confined in this District in the Tamms Correctional Center. 28 U.S.C. § 93(c). Both this Court and the Northern District court have jurisdiction over this action. 28 U.S.C. § 2241(d). The Court finds that the Northern District is a more convenient forum for the hearing and determination of this habeas corpus action, particularly because the records of Petitioner's conviction may be found there, as may most of the participants in his trial. Pursuant to 28 U.S.C. §§ 2241(d) and 1404(a), and on the Court's own motion,

---

[1] The Court notes that Petitioner paid the $5.00 filing fee to commence this action.

IT IS THEREFORE ORDERED that this action is TRANSFERRED to the United States District Court for the Northern District of Illinois, Eastern Division, for a determination as to whether Respondent should be held to answer the petition, 28 U.S.C. § 2243; 28 U.S.C. § 2254 Rule 4, and such further proceedings as that Court may deem appropriate. Neither the writ of habeas corpus nor any rule to show cause shall issue in this action unless so directed by the transferee court.

IT IS SO ORDERED.

DATED this 20th day of November, 2007.

s/ Michael J. Reagan
MICHAEL J. REAGAN
United States District Judge

2