# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

Armando Amaya
**Plaintiff/Petitioner(s),**

-vs-

PeoPle of THE

STATE OF ILLINOIS,

Ken BARTLEY, Warden
**Defendant/Respondent(s).**

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 07-730-MJR

**(To be supplied by the Clerk)**

FILED

OCT 1 8 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

## MOTION AND AFFIDAVIT IN SUPPORT OF REQUEST
## TO PROCEED IN FORMA PAUPERIS

I, Armando Amaya, being first duly sworn, depose and say that I am the plaintiff/petitioner in the above entitled cause; that in support of my request to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to relief.

The nature of the action is:

( ) Civil Rights   (X) Habeas Corpus   ( ) Appeal

1.    Are you presently employed?    Yes ( )    No (X)

    a.    If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer.

    b.    If the answer is "no", state the date of last employment and the amount of salary or wages per month which you received.

        N/A

2.    Have you received within the past twelve months any money from any of the following sources?

    a.    Business, profession or form of self-employment?        Yes ( )   No (X)
    b.    Rent payments, interest or dividends?                    Yes ( )   No (X)
    c.    Pensions, annuities or life insurance payments?          Yes ( )   No (X)
    d.    Gifts or inheritances?                                   Yes ( )   No (X)
    e.    Any other sources?                                       Yes (X)   No ( )

(Rev. 1/93)

If the answer to any of the above is "yes", describe each source of money and state the amount received during the past twelve months.

_My Father sends me 50.00 when he can; every other month._

3. Do you own cash, or do you have money in a checking or savings account? Yes (X) No ( ) (include any funds in prison accounts). If the answer is "yes", state the total value of the items owned.

_I have an inmate acoun here at The TAMMS C-MAX C.C. Prison give or take, about $300.00 dollars. But that amount may change at any time. I also get $10.00 state pay per month._

4. Do you own any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)? Yes ( ) No (X) If the answer is "yes", describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

## DECLARATION UNDER PENALTY OF PERJURY

I declare (or certify, verify or state) under penalty of perjury, that I am the plaintiff/petitioner in the above action, that I have read the foregoing Motion and Affidavit and that the information contained therein is true and correct. 28 U.S.C. §1746; 18 U.S.C. §1621

10-12-07
Date

Armando Amaya
Signature of Plaintiff/Petitioner

# CERTIFICATE

**(THIS SECTION FOR COMPLETION BY THE PLAINTIFF/PETITIONER)**

Name of Plaintiff/Petitioner: Armando Amaya # K-75877

Institution where confined: Tamms C-Max / super max C.C.

Register number: K-75877

---

(Instructions: This section is for completion by an authorized officer of the above-named institution only. The plaintiff/petitioner may <u>not</u> write below this line. Please complete the following certificate for the plaintiff/petitioner named and described above. If the plaintiff/petitioner is confined in the Illinois Department of Corrections, you are further requested to attach a print-out of all transactions for this person's account for the past six months.)

I hereby certify that Armando Amaya currently has the sum
(Name of plaintiff/petitioner)

$ 2/441 on account to his credit at Tamms CC
(Institution where confined)

In the first calendar month immediately preceding the date
of this certificate, plaintiff/petitioner had a maximum balance of      $ 257.86
..................................and a minimum balance of      $ 37.52
In the second calendar month, had a maximum balance of      $ 250.18
..................................and a minimum balance of      $ 272.18
In the third calendar month, had a maximum balance of      $ 246.06
..................................and a minimum balance of      $ 71.25

I certify that the plaintiff/petitioner likewise has the following securities to his credit according to the records of the institution. Not Known.

DATED: _____

OCT - 5 2007

TAMMS CORR CENTER

_____
Signature of Authorized Officer
of the above Institution

Date: 10/5/2007　　　　　　　　　　　**Tamms Correctional Center**　　　　　　　　Page 1
Time: 9:28am　　　　　　　　　　　　　　　　**Trust Fund**

d_list_inmate_trans_statement_composite　　　　Inmate Transaction Statement

REPORT CRITERIA  -  Date: 04/01/2007 thru 10/05/2007;　　　Inmate: K75877;　　　Active Status Only ? : No;　　　Print Restrictions ? :
Yes;　　Transaction Type: All Transaction Types;　　　Print Furloughs / Restitutions ? : Yes;　　　Include Inmate Totals ? : Yes;　　　Print
Balance Errors Only ? : No

**Inmate: K75877 Amaya, Armando**　　　　　　　　**Housing Unit: TAM-H -06-10**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|------|--------|-----------------|-------|-------------|-------------|--------|---------|
| | | | | | **Beginning Balance:** | | **319.09** |
| 04/02/07 | Point of Sale | 60 Commissary | 092756 | 135160 | Commissary | -22.35 | 296.74 |
| 04/03/07 | Mail Room | 01 MO/Checks (Not Held) | 093224 | 10450785341 | Hayward, Lois | 10.00 | 306.74 |
| 04/10/07 | Mail Room | 01 MO/Checks (Not Held) | 100224 | 1429095688 | Amaya, Placido | 50.00 | 356.74 |
| 04/16/07 | Disbursements | 84 Library | 106327 | Chk #36602 | DOC: 523 Fund Library,　Inv. Date: 04/06/2007 | -3.60 | 353.14 |
| 04/16/07 | Disbursements | 80 Postage | 106327 | Chk #36603 | DOC: 523 Fund Inmate Reimburse, Inv. Date: 04/10/2007 | -.63 | 352.51 |
| 04/16/07 | Disbursements | 80 Postage | 106327 | Chk #36603 | DOC: 523 Fund Inmate Reimburse, Inv. Date: 04/06/2007 | -3.99 | 348.52 |
| 04/16/07 | Disbursements | 80 Postage | 106327 | Chk #36603 | DOC: 523 Fund Inmate Reimburse, Inv. Date: 04/10/2007 | -.87 | 347.65 |
| 04/16/07 | Disbursements | 81 Legal Postage | 106327 | Chk #36603 | DOC: 523 Fund Inmate Reimburse, Inv. Date: 04/06/2007 | -6.65 | 341.00 |
| 04/16/07 | Disbursements | 80 Postage | 106327 | Chk #36603 | DOC: 523 Fund Inmate Reimburse, Inv. Date: 03/30/2007 | -.39 | 340.61 |
| 04/16/07 | Disbursements | 80 Postage | 106327 | Chk #36603 | DOC: 523 Fund Inmate Reimburse, Inv. Date: 03/20/2007 | -.87 | 339.74 |
| 04/16/07 | Disbursements | 80 Postage | 106327 | Chk #36603 | DOC: 523 Fund Inmate Reimburse, Inv. Date: 03/23/2007 | -.63 | 339.11 |
| 04/16/07 | Disbursements | 80 Postage | 106327 | Chk #36603 | DOC: 523 Fund Inmate Reimburse, Inv. Date: 03/16/2007 | -.45 | 338.66 |
| 04/16/07 | Disbursements | 80 Postage | 106327 | Chk #36603 | DOC: 523 Fund Inmate Reimburse, Inv. Date: 03/30/2007 | -.63 | 338.03 |
| 04/16/07 | Point of Sale | 60 Commissary | 106756 | 135462 | Commissary | -30.77 | 307.26 |
| 04/17/07 | Payroll | 20 Payroll Adjustment | 107127 | | P/R month of 03/2007 | 10.00 | 317.26 |
| 04/23/07 | Mail Room | 01 MO/Checks (Not Held) | 113252 | 1429095734 | Amaya, Placido | 50.00 | 367.26 |
| 04/30/07 | Mail Room | 02 MO/Checks (Held) | 120224 | 529323 | Er Hamilton | 17.90 | 385.16 |
| 04/30/07 | Point of Sale | 60 Commissary | 120756 | 135898 | Commissary | -32.11 | 353.05 |
| 05/10/07 | Mail Room | 02 MO/Checks (Held) | 130252 | 19939 | Pack Central, Refund | 27.01 | 380.06 |
| 05/14/07 | Point of Sale | 60 Commissary | 134756 | 136304 | Commissary | -21.00 | 359.06 |
| 05/16/07 | Disbursements | 80 Postage | 136327 | Chk #36845 | DOC: 523 Fund Reimbursements, Inv. Date: 04/24/2007 | -1.35 | 357.71 |
| 05/16/07 | Disbursements | 81 Legal Postage | 136327 | Chk #36845 | DOC: 523 Fund Reimbursements, Inv. Date: 04/30/2007 | -8.55 | 349.16 |
| 05/16/07 | Disbursements | 80 Postage | 136327 | Chk #36845 | DOC: 523 Fund Reimbursements, Inv. Date: 05/01/2007 | -1.26 | 347.90 |
| 05/16/07 | Disbursements | 80 Postage | 136327 | Chk #36845 | DOC: 523 Fund Reimbursements, Inv. Date: 04/24/2007 | -.87 | 347.03 |
| 05/16/07 | Disbursements | 80 Postage | 136327 | Chk #36845 | DOC: 523 Fund Reimbursements, Inv. Date: 04/19/2007 | -.39 | 346.64 |
| 05/16/07 | Disbursements | 81 Legal Postage | 136327 | Chk #36845 | DOC: 523 Fund Reimbursements, Inv. Date: 04/30/2007 | -8.55 | 338.09 |
| 05/16/07 | Payroll | 20 Payroll Adjustment | 136127 | | P/R month of 04/2007 | 10.00 | 348.09 |
| 05/16/07 | Mail Room | 01 MO/Checks (Not Held) | 136252 | 1430840941 | Amaya, Placido | 50.00 | 398.09 |
| 05/29/07 | Disbursements | 88 Gift | 149327 | Chk #36918 | 23812, Hamilton, Edward,　Inv. Date: 05/29/2007 | -12.40 | 385.69 |
| 05/30/07 | Mail Room | 01 MO/Checks (Not Held) | 150252 | 1430841026 | Amaya, Placido | 50.00 | 435.69 |
| 06/01/07 | Point of Sale | 60 Commissary | 152756 | 136793 | Commissary | -35.24 | 400.45 |
| 06/13/07 | Mail Room | 04 Intake and Transfers In | 164227 | 63371 | Pontiac C.C. | 1.39 | 401.84 |
| 06/15/07 | Disbursements | 80 Postage | 166327 | Chk #37023 | DOC: 523 Fund Inmate Reimburse, Inv. Date: 06/05/2007 | -.80 | 401.04 |
| 06/15/07 | Disbursements | 81 Legal Postage | 166327 | Chk #37023 | DOC: 523 Fund Inmate Reimburse, Inv. Date: 06/01/2007 | -.41 | 400.63 |
| 06/15/07 | Disbursements | 80 Postage | 166327 | Chk #37023 | DOC: 523 Fund Inmate Reimburse, Inv. Date: 05/22/2007 | -1.48 | 399.15 |

Page 2

**Date:** 10/5/2007

**Time:** 9:28am

d_list_inmate_trans_statement_composite

# Tamms Correctional Center
## Trust Fund
### Inmate Transaction Statement

REPORT CRITERIA  -  Date: 04/01/2007 thru 10/05/2007;     Inmate: K75877;     Active Status Only ? : No;     Print Restrictions ? : Yes;     Transaction Type: All Transaction Types;     Print Furloughs / Restitutions ? : Yes;     Include Inmate Totals ? : Yes;     Print Balance Errors Only ? : No

**Inmate: K75877 Amaya, Armando**                              **Housing Unit: TAM-H -06-10**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|------|--------|------------------|-------|-------------|-------------|--------|---------|
| 06/15/07 | Payroll | 20 Payroll Adjustment | 166127 | | P/R month of 05/2007 | 10.00 | 409.15 |
| 06/18/07 | Point of Sale | 60 Commissary | 169756 | 137251 | Commissary | -23.57 | 385.58 |
| 06/28/07 | Point of Sale | 60 Commissary | 179756 | 137603 | Commissary | -53.52 | 332.06 |
| 07/13/07 | Payroll | 20 Payroll Adjustment | 194127 | | P/R month of 06/2007 | 10.00 | 342.06 |
| 07/16/07 | Disbursements | 80 Postage | 197327 | Chk #37211 | DOC: 523 Fund Reimbursements, Inv. Date: 07/13/2007 | -.41 | 341.65 |
| 07/16/07 | Disbursements | 80 Postage | 197327 | Chk #37211 | DOC: 523 Fund Reimbursements, Inv. Date: 07/03/2007 | -.58 | 341.07 |
| 07/16/07 | Disbursements | 80 Postage | 197327 | Chk #37211 | DOC: 523 Fund Reimbursements, Inv. Date: 06/27/2007 | -.58 | 340.49 |
| 07/16/07 | Disbursements | 80 Postage | 197327 | Chk #37211 | DOC: 523 Fund Reimbursements, Inv. Date: 06/22/2007 | -.41 | 340.08 |
| 07/16/07 | Disbursements | 80 Postage | 197327 | Chk #37211 | DOC: 523 Fund Reimbursements, Inv. Date: 06/27/2007 | -.58 | 339.50 |
| 07/16/07 | Disbursements | 80 Postage | 197327 | Chk #37211 | DOC: 523 Fund Reimbursements, Inv. Date: 06/21/2007 | -.58 | 338.92 |
| 07/16/07 | Disbursements | 80 Postage | 197327 | Chk #37211 | DOC: 523 Fund Reimbursements, Inv. Date: 06/21/2007 | -.58 | 338.34 |
| 07/16/07 | Disbursements | 80 Postage | 197327 | Chk #37211 | DOC: 523 Fund Reimbursements, Inv. Date: 07/02/2007 | -.58 | 337.76 |
| 07/16/07 | Disbursements | 80 Postage | 197327 | Chk #37211 | DOC: 523 Fund Reimbursements, Inv. Date: 07/03/2007 | -.58 | 337.18 |
| 07/16/07 | Point of Sale | 60 Commissary | 197756 | 137985 | Commissary | -25.89 | 311.29 |
| 08/06/07 | Point of Sale | 60 Commissary | 218753 | 138548 | Commissary | -21.11 | 290.18 |
| 08/08/07 | Mail Room | 01 MO/Checks (Not Held) | 220254 | 1430841530 | Amaya, Placido | 50.00 | 340.18 |
| 08/10/07 | Payroll | 20 Payroll Adjustment | 222127 | | P/R month of 07/2007 | 10.00 | 350.18 |
| 08/16/07 | Disbursements | 84 Library | 228327 | Chk #37437 | DOC: 523 Fund Library,     Inv. Date: 08/08/2007 | -5.25 | 344.93 |
| 08/16/07 | Disbursements | 80 Postage | 228327 | Chk #37442 | DOC: 523 Fund Inmate Reimburse, Inv. Date: 08/15/2007 | -4.17 | 340.76 |
| 08/16/07 | Disbursements | 80 Postage | 228327 | Chk #37442 | DOC: 523 Fund Inmate Reimburse, Inv. Date: 07/30/2007 | -.58 | 340.18 |
| 08/16/07 | Disbursements | 81 Legal Postage | 228327 | Chk #37442 | DOC: 523 Fund Inmate Reimburse, Inv. Date: 07/23/2007 | -1.07 | 339.11 |
| 08/16/07 | Disbursements | 80 Postage | 228327 | Chk #37442 | DOC: 523 Fund Inmate Reimburse, Inv. Date: 07/26/2007 | -4.60 | 334.51 |
| 08/16/07 | Disbursements | 81 Legal Postage | 228327 | Chk #37442 | DOC: 523 Fund Inmate Reimburse, Inv. Date: 07/17/2007 | -.41 | 334.10 |
| 08/16/07 | Disbursements | 81 Legal Postage | 228327 | Chk #37442 | DOC: 523 Fund Inmate Reimburse, Inv. Date: 07/16/2007 | -1.48 | 332.62 |
| 08/16/07 | Disbursements | 81 Legal Postage | 228327 | Chk #37442 | DOC: 523 Fund Inmate Reimburse, Inv. Date: 07/16/2007 | -1.48 | 331.14 |
| 08/16/07 | Disbursements | 81 Legal Postage | 228327 | Chk #37442 | DOC: 523 Fund Inmate Reimburse, Inv. Date: 07/16/2007 | -1.48 | 329.66 |
| 08/20/07 | Disbursements | 88 Gift | 232327 | Chk #37461 | 25236, Harry & David,     Inv. Date: 08/20/2007 | -38.90 | 290.76 |
| 08/20/07 | Point of Sale | 60 Commissary | 232758 | 139074 | Commissary | -17.95 | 272.81 |
| 08/23/07 | Mail Room | 01 MO/Checks (Not Held) | 235254 | 1432974041 | Amaya, Placido | 50.00 | 322.81 |
| 08/28/07 | Point of Sale | 60 Commissary | 240758 | 139394 | Commissary | 2.45 | 325.26 |
| 08/31/07 | Point of Sale | 60 Commissary | 243753 | 139462 | Commissary | -24.93 | 300.33 |
| 09/07/07 | Disbursements | 88 gift | 250327 | Chk #37600 | 26352, Harry & David,     Inv. Date: 09/07/2007 | -2.47 | 297.86 |
| 09/13/07 | Payroll | 20 Payroll Adjustment | 256127 | | P/R month of 08/2007 | 10.00 | 307.86 |
| 09/14/07 | Mail Room | 01 MO/Checks (Not Held) | 257254 | 100679441357 | Amaya, Placido | 50.00 | 357.86 |

**Date:** 10/5/2007

**Time:** 9:28am

d_list_inmate_trans_statement_composite

# Tamms Correctional Center
## Trust Fund
### Inmate Transaction Statement

REPORT CRITERIA - Date: 04/01/2007 thru 10/05/2007;    Inmate: K75877;    Active Status Only ? : No;    Print Restrictions ? : Yes;    Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print Balance Errors Only ? : No

**Inmate: K75877 Amaya, Armando**                    **Housing Unit: TAM-H -06-10**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|------|--------|------------------|-------|-------------|-------------|--------|---------|
| 09/17/07 | Disbursements | 80 Postage | 260327 | Chk #37661 | DOC: 523 Fund Reimbursements, Inv. Date: 09/05/2007 | -.75 | 357.11 |
| 09/17/07 | Disbursements | 80 Postage | 260327 | Chk #37661 | DOC: 523 Fund Reimbursements, Inv. Date: 08/16/2007 | -.41 | 356.70 |
| 09/17/07 | Disbursements | 80 Postage | 260327 | Chk #37661 | DOC: 523 Fund Reimbursements, Inv. Date: 08/29/2007 | -1.47 | 355.23 |
| 09/17/07 | Disbursements | 80 Postage | 260327 | Chk #37661 | DOC: 523 Fund Reimbursements, Inv. Date: 09/04/2007 | -.97 | 354.26 |
| 09/17/07 | Disbursements | 80 Postage | 260327 | Chk #37661 | DOC: 523 Fund Reimbursements, Inv. Date: 09/10/2007 | -.58 | 353.68 |
| 09/17/07 | Disbursements | 80 Postage | 260327 | Chk #37661 | DOC: 523 Fund Reimbursements, Inv. Date: 09/07/2007 | -.41 | 353.27 |
| 09/17/07 | Point of Sale | 60 Commissary | 260745 | 139959 | Commissary | -17.35 | 335.92 |
| 10/01/07 | Point of Sale | 60 Commissary | 274745 | 140370 | Commissary | -20.13 | 315.79 |
| 10/03/07 | Point of Sale | 60 Commissary | 276745 | 140426 | Commissary | 20.13 | 335.92 |
| 10/03/07 | Point of Sale | 60 Commissary | 276745 | 140427 | Commissary | -20.10 | 315.82 |

| | |
|---|---|
| **Total Inmate Funds:** | 315.82 |
| **Less Funds Held For Orders:** | .00 |
| **Less Funds Restricted:** | 1.41 |
| **Funds Available:** | 314.41 |
| **Total Furloughs:** | .00 |
| **Total Voluntary Restitutions:** | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|--------------|----------------|------|-------------|--------|--------|
| 09/28/2007 | | Disb | Postage/Confiscated mail | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 10/04/2007 | | Disb | Medical copies | 99999 DOC: 523 Fund Inmate Reimburseme | $1.00 |
| | | | | **Total Restrictions:** | **$1.41** |