IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

Armando Amaya
_____
Plaintiff/Petitioner,

vs.

People of the State of Illinois
Ken Bartley, Warden
_____
Defendant(s)/Respondent.

CASE NO. 07-730-MJ

FILED
OCT 1 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, Armando Amaya, am (check one) the ☐ plaintiff ☒ petitioner ☒ defendant in the above-entitled proceeding, and I am unable to afford the services of an attorney. I ask the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I state that I have made the following attempts to retain counsel to represent me in this proceeding: I have ask for any pro bono help from legal law firms and the Public Defenders offices, no one has answer me in any request, at all.

3. In further support of my motion, I declare (check appropriate box):

   ☒ I am not currently, nor previously have I been, represented by an attorney appointed by this Court in this or any other civil or criminal proceeding pending before this Court.

   ☐ I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) set forth on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   ☒ An application to proceed in forma pauperis with this case is attached to this motion; it accurately describes my financial status.

   ☐ I have previously filed an application to proceed in forma pauperis with this case; the information contained therein remains a true and correct representation of my financial status.

   ☐ I have previously filed an application to proceed in forma pauperis with this case, but my financial circumstances have changed. I attach an amended application detailing my current financial status.

   ☒ (Optional; check only if applicable) I attach an affidavit setting forth special facts to explain why I am unable to pursue this case without counsel.

5. I declare under penalty that the foregoing is true and correct.

10-12-07
Date

Armando Amaya #K-75877
Movant's Signature

P.O. Box 2000
Street Address

Tamms, Ill. 62988
City        State    Zip

# AFFIDAVIT

I Armando Amaya, First being duly sworn upon oath, deposes and state that the facts avered in this affidavit are true a correct in substance, to the best of my knowledge, understanding, information, and belief.

1). That I am the movant in the attached Motion For a writ of Habeas Corpus by a person in State custody.

2) That I'm in a closed Maximum prison located in The County of Alexande, at TAMMS C-Max C.C.

3) That I have been incarcerated continuasly since October, 29, 97 and am presently held in costody and residing at the Tamms G-max C.C. in, Tamms Ill., County of Alexander.

4) I am without sufficient income or assets with which to pay for the cost or the service of counsel to represent me in this matter and wish the court to appoint counsel to represent me in this matter.

5) That my family sends me some funs when they are able to, That this court don't commit me on that because that income is a gift and not something I can depend to get or would be able to assure or commit to any of proceeding of this matter, That I'm not able to employ an attorney to represent me in this matter.

6) That I'm not employ in any way or able to get a Job here, but that the state give us $10.00 per month as longest I am not in segregation.

7) That without the assistance of counsel, my acces to the court will not be adequate effective of meaningfull because I am a layman to the law and don't understand this legal stuff.

WHEREFORE, I pray this court will grant counsel without prejudice prior to hearing this matter.

Armando Amaya
Armando Amaya  K-75877

PROOF / Certificate of Service

TO: United State Dist. Court
Of The Southern Dist. Of ILL.
P.O. Box 249
East St. Louis, ILL. 62202-0249

TO: Hon. Lisa Madigan
Attorney General
100 W. Randolph St 12th Floor
Chicago, ILL. 60601

Please Take notice that on 10-12-07, I have place the document listed below in the institutional mail at Tamms Corr. Cen., properly addressed to the parties listed above for mailing through the United State Postal Service; to be Fieled with the clerk of the court on behalf of me (Armando Amaya) the attache Pettition Under 28 U.S.C. Section 2254 For A WRIT OF HABEAS CORPUS by a person In State Custody.

That I have mail the original plus 2 copies and the 5.00 Filling Fee to the United State Dist Court, and one copy to the Attorney General on thee above date.

Pusuant to 28 USC. 1746, 18, U.S.C. 1621 OR 735 ILCS 5/109, I declare, under penalty of perjury. that I am a name party in the above action, that I have read the above documents, and that the information contained there in is true and correct to the best of my knowledge.

Armando Amaya.
Armando Amaya
K-75877
TAMMS. correctinal Center
P.O. Box 2000
Tamms, ILL. 62988

```
Court Name: US District Court, IL-S
Division: 3
Receipt Number: 34625001970
Cashier ID: mcmannis
Transaction Date: 10/18/2007
Payer Name: Armando Amaya K75877

WRIT OF HABEAS CORPUS
 For: Armando Amaya K75877
 Case/Party: D-ILS-3-07-CV-000730-001
 Amount:       $5.00

CHECK
 Remitter: Tamms CC
 Check/Money Order Num: 37822
 Amt Tendered: $5.00

Total Due:       $5.00
Total Tendered:  $5.00
Change Amt:      $0.00
```

Armando Amaya, K75877

Tamms Correctional Center

PO Box 400

Tamms, IL. 62988


Writ of Habeas Corpus filing fee on case 07-730-MJR


07CV6793
JUDGE DARRAH
MAGISTRATE JUDGE DENLOW