PRISONER CASE

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## Civil Cover Sheet

KC **FILED**
DEC 0 8 2007
Dec. 03, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | | |
|---|---|---|---|
| **Plaintiff(s):** | ARMANDO AMAYA | **Defendant(s):** | PEOPLE OF THE STATE OF ILLINOIS, et al. |
| **County of Residence:** | ALEXANDER | **County of Residence:** | |
| **Plaintiff's Address:** | Armando Amaya<br>K-75877<br>Tamms - CMAX<br>P.O. Box 2000<br>Tamms, IL 62988 | **Defendant's Attorney:** | Chief of Criminal Appeals<br>Illinois Attorney General's Office<br>100 West Randolph - 12th Floor<br>Chicago, IL 60601 |

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 2. U.S. Government Defendant
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

07CV6793
JUDGE DARRAH
MAGISTRATE JUDGE DENLOW

**Origin:**
- [ ] 1. Original Proceeding
- [✓] 5. Transferred From Other District
- [ ] 2. Removed From State Court
- [ ] 6. MultiDistrict Litigation
- [ ] 3. Remanded From Appellate Court
- [ ] 7. Appeal to District Judge from Magistrate Judgment
- [ ] 4. Reinstated or Reopened

**Nature of Suit:** 530 Habeas general

**Cause of Action:** 28:2254

**Jury Demand:** [ ] Yes [✓] No

**Signature:** A. E. Woodham　　**Date:** 12/03/2007