MHN

United State District Court, Northern District
OF ILLINOIS.

# FILED

Armando Amaya                                    )
     Petitioner        FEB 2 9 2008        )        Original spg
             2-29-2008        )        07 C6793
      MICHAEL W. DOBBINS        )    Civil No. 07-730-MJR.
      CLERK, U.S. DISTRICT COURT
V.S
People of the State of Illinois    )

## Motion / Statement Memoradum

Now comes Armando Amaya (K-75877) in support of his argument.
That, "I have paid the $5.00 filing feed."

That on the 18th day of October 07, the U.S. District Court, IL-S
Division 3, received the check/money order NUM: 37822, for the filing
fee; for the purpose of filing petitioners WRIT OF HABEAS
CORPUS.

That petitioner has attache the Memoradum and Order given
by district judge REAGAN. of the U.S. Southern Dist. court, as
EXHIBIT 1, to this statement in his support.

That in that order Judge Reagan, does in deed acknowledge that
I paid the $5.00 Fee. At the very end of the order the acknowledgement
is quoted — "1. The court notes that petitioner paid the $5.00 filing
fee to commence this action".

Please take notice that I did in deed paid the require Fee.

Wherefore, the petitioner pray this court does not enter the judgement
of dismissing this case, and acknowledges that petitioner did pay
the fee.

Respectfully Submitted.
Armando Amaya
Armando Amaya, Pro se.
inmate K-75877
P.O. BOX 2000
TAMMS, ILL. 62988

U.S District Court, Northern District
OF Illinois.

07 C 6793

RE: CIVIL NO. 07-730-MJR.

## AFFIDAVIT

I Armando Amaya, first being duly sworn upon oath depose and state
the facts avered in this affidavit are true and correct in substance, to
the best of my Knowledge, understanding, information, and belief.

That I am the petitioner in the attached Statement. That I did
pay the require $5.00 fee. when I filed the petition of Habeas corpus.

That I'm mailing and serving a copy of this Statement, exhibit 1
and affidavit to the court, attorney General, and the original
for the judge priesiding over this case on the

1 copy and original to:              and   1 to:

united State District Court                HON. Lisa Madigan
 Northern district of Illinois.            Attorney General
 219, South Dearborn st.                   100 W. Randolph St. 12th fl.
 Chicago, Ill. 60604.                      Chicago, Ill. 60601

          Pursuant to 28 USC. 1746, 18, U.S.C. 1621 or 735 ILCS
5/109, I declare under penalty of perjury, That I am a name party in
the above action, that I have read the above documents and that
the information contained there in is true and correct to the best of
my Knowledge.

                    Armando Amaya
                     Amaya A. K-75877
                    P.O. Box 2000
                    Tamms, Ill. 62988

Case 3:07-cv-00730-MJR   Document 5   Filed 11/20/2007   Page 1 of 2

EXHIBIT 1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

ARMANDO AMAYA,                    )
                                  )
            Petitioner,           )
                                  )
vs.                               )          CIVIL NO. 07-730-MJR
                                  )
PEOPLE OF THE STATE OF ILLINOIS,  )
et al.,                           )
                                  )
            Respondents.          )

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

In this habeas corpus action, filed pursuant to 28 U.S.C. § 2254, Petitioner brings a collateral attack on his 1999 conviction for first degree murder, attempted first degree murder, two counts aggravated discharge of a firearm, and two counts aggravated battery with a firearm, for which he is serving a 62-year sentence. Petitioner has moved the Court for leave to proceed *in forma pauperis*. [1]

Petitioner was convicted in Kane County, which is situated in the federal judicial district for the Northern District of Illinois. 28 U.S.C. § 93(a)(1). He is confined in this District in the Tamms Correctional Center. 28 U.S.C. § 93(c). Both this Court and the Northern District court have jurisdiction over this action. 28 U.S.C. § 2241(d). The Court finds that the Northern District is a more convenient forum for the hearing and determination of this habeas corpus action, particularly because the records of Petitioner's conviction may be found there, as may most of the participants in his trial. Pursuant to 28 U.S.C. §§ 2241(d) and 1404(a), and on the Court's own motion,

---

[1] The Court notes that Petitioner paid the $5.00 filing fee to commence this action.

*[handwritten in left margin: acknowledgement that it did pay the $5.00 fee.]*

*EXHIBIT 1*

**IT IS THEREFORE ORDERED** that this action is **TRANSFERRED** to the United States District Court for the Northern District of Illinois, Eastern Division, for a determination as to whether Respondent should be held to answer the petition, 28 U.S.C. § 2243; 28 U.S.C. § 2254 Rule 4, and such further proceedings as that Court may deem appropriate. Neither the writ of habeas corpus nor any rule to show cause shall issue in this action unless so directed by the transferee court.

**IT IS SO ORDERED.**

**DATED** this 20th day of November, 2007.

s/ Michael J. Reagan
**MICHAEL J. REAGAN**
**United States District Judge**

EXHIBIT 1

```
Court Name: US District Court, IL-S
Division: 3
Receipt Number: 34625001970
Cashier ID: mcmannis
Transaction Date: 10/18/2007
Payer Name: Armando Amaya K75877
------------------------------------
WRIT OF HABEAS CORPUS
 For: Armando Amaya K75877
 Case/Party: D-ILS-3-07-CV-000730-001
 Amount:      $5.00
------------------------------------
CHECK
 Remitter: Tamms CC
 Check/Money Order Num: 37822
 Amt Tendered:  $5.00
------------------------------------
Total Due:     $5.00
Total Tendered: $5.00
Change Amt:    $0.00
```

Armando Amaya, K75877

Tamms Correctional Center

PO Box 400

Tamms, IL. 62988


Writ of Habeas Corpus filing fee on
case 07-730-MJR