# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 6793 | DATE | 3-4-08 |
| CASE TITLE | U.S. ex rel. Armando Amaya (K-75877) v. Ken Bartley | | |

**DOCKET ENTRY TEXT:**

Petitioner Armando Amaya has paid the $5 filing fee. Respondent is ordered to answer the petition or otherwise respond within 30 days of the date of this order.

■[For further details see text below.]    Docketing to mail notices.

## STATEMENT

Petitioner, Armando Amaya, currently incarcerated at Tamms Correctional Center, has filed a petition for habeas relief pursuant to 28 U.S.C. § 2254. Petitioner challenges his 1999 conviction for first degree murder, attempted murder, and aggravated discharge of a firearm. He paid the $5 filing fee in the United States District Court for the Southern District of Illinois, where he originally filed this petition.

Respondent is ordered to answer the petition or otherwise plead within 30 days of the date this order.

Petitioner is instructed to file all future papers concerning this action with the Clerk of Court in care of the Prisoner Correspondent. Petitioner must provide the court with the original plus a judge's copy (including a complete copy of any exhibits) of every document filed. In addition, the petitioner must send an exact copy of any court filing to the Chief, Criminal Appeals Division, Attorney General's Office, 100 West Randolph Street, 12th Floor, Chicago, Illinois 60601. Every document filed by the petitioner must include a certificate of service stating to whom exact copies were sent and the date of mailing. Any paper that is sent directly to the judge or that otherwise fails to comply with these instructions may be disregarded by the court or returned to the petitioner.

isk