**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 07 C 6793 |
|---|---|

United States of America ex rel. Armando Amaya v. Ken Bartley

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Ken Bartley

| NAME (Type or print) |
|---|
| Michael R. Blankenheim |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Michael R. Blankenheim |
| FIRM |
| Office of the Illinois Attorney General |
| STREET ADDRESS |
| 100 West Randolph Street, 12th Floor |
| CITY/STATE/ZIP |
| Chicago, Illinois 60601-3218 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6289072 | (312) 814-8826 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO X |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 17, 2008, I electronically filed an **Appearance** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, and that on the same date I mailed by United States Postal Service the same to the following non-registered party:

Armando Amaya, K75877
Tamms Correctional Center
200 East Supermax Road
P.O. Box 2000
Tamms, Illinois 62988

 

                    <u>s/ Michael R. Blankenheim</u>
                    MICHAEL R. BLANKENHEIM, Bar # 6289072
                    Assistant Attorney General
                    100 West Randolph Street, 12th Floor
                    Chicago, Illinois 60601-3218
                    TELEPHONE: (312) 814-8826
                    FAX: (312) 814-2253
                    EMAIL: mblankenheim@atg.state.il.us