IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>  ex rel. ARMANDO AMAYA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 07 C 6793 |
| | ) | |
| KEN BARTLEY, | ) | |
| Warden, Tamms Correctional Center, | ) | The Honorable |
| | ) | John W. Darrah, |
| Respondent. | ) | Judge Presiding. |

## MOTION FOR EXTENSION OF TIME IN WHICH
## TO ANSWER OR OTHERWISE PLEAD

Respondent KEN BARTLEY respectfully moves this Court for a 28-day

extension of time, to and including May 1, 2008, in which to answer or otherwise

plead to the petition for writ of habeas corpus filed in the above-captioned cause.  In

support, respondent states as follows:

1.    This case concerns a petition for writ of habeas corpus filed under 28

U.S.C. § 2254 by petitioner Armando Amaya, an inmate of the Illinois Department

of Corrections serving a sentence of 62 years' imprisonment for his convictions of

murder and attempted murder.

2.    Pursuant to this Court's March 4, 2008 order, respondent's answer or

other responsive pleading is due on or before April 3, 2008.  A status hearing is

currently set for April 22, 2008 at 9:00 a.m.  (Doc. 15).

3.     Despite due diligence, the undersigned will be unable to file an answer or other responsive pleading by April 3, 2008.

4.     Upon being assigned to this case, undersigned counsel immediately began the process of ordering the record of petitioner's state court proceedings. However, the undersigned has yet to receive all of the materials necessary to prepare an informed response to the petition, such as: (1) petitioner's postconviction petition(s) and (2) the transcript of the evidentiary hearing held in April and May, 2005, on petitioner's "successive" postconviction petition.

5.     In addition to this case, the undersigned has been attending to the following assignments and responsibilities:

- preparation of the response to petitioner's supplemental memorandum, *U.S. ex rel. Griffith v. Hulick*, No. 06 C 5371, United States District Court for the Northern District of Illinois (due Apr. 3, 2008); and

- preparation of the appellee's brief, *In re Commitment of Derry*, No. 3-07-0820, Appellate Court of Illinois, Third District (due Apr. 1, 2008, with an extension to May 6, 2008 pending).

6.     This motion is not for purposes of delay, but is made in good faith to ensure that respondent's interests are adequately protected.

7.     This is respondent's first request for an extension of time to answer or otherwise plead.

WHEREFORE, respondent respectfully requests that this Court grant him a 28-day extension of time, to and including May 1, 2008, in which to answer or otherwise plead to the instant petition for writ of habeas corpus.

March 25, 2008

Respectfully submitted,

LISA MADIGAN
Attorney General of Illinois

By:   s/ Michael R. Blankenheim
MICHAEL R. BLANKENHEIM, Bar # 6289072
Assistant Attorney General
100 West Randolph Street, 12th Floor
Chicago, Illinois 60601
TELEPHONE: (312) 814-8826
FAX: (312) 814-2253
EMAIL: mblankenheim@atg.state.il.us

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2008, I electronically filed respondent's **Motion For Extension Of Time In Which To Answer Or Otherwise Plead** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, and that on the same date I mailed by United States Postal Service the same to the following non-registered party:

Armando Amaya, K75877
Tamms Correctional Center
200 East Supermax Road
P.O. Box 2000
Tamms, Illinois 62988

s/ Michael R. Blankenheim
MICHAEL R. BLANKENHEIM, Bar # 6289072
Assistant Attorney General
100 West Randolph Street, 12th Floor
Chicago, Illinois 60601
TELEPHONE: (312) 814-8826
FAX: (312) 814-2253
EMAIL: mblankenheim@atg.state.il.us