IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA <br> ex rel. ARMANDO AMAYA, | ) <br> ) <br> ) | |
| Petitioner, | ) <br> ) | |
| v. | ) <br> ) | 07 C 6793 |
| KEN BARTLEY, <br> Warden, Tamms Correctional Center, <br> Respondent. | ) <br> ) <br> ) <br> ) | The Honorable <br> John W. Darrah, <br> Judge Presiding. |

**NOTICE OF MOTION**

To:    Armando Amaya, K75877
        Tamms Correctional Center
        200 East Supermax Road
        P.O. Box 2000
        Tamms, Illinois 62988

      **Please Take Notice** that on April 1, 2008, at 9:00 a.m. or as soon thereafter as counsel may be heard, I will appear before the Honorable John W. Darrah, or any another judge sitting in his stead, in Courtroom 1203 at 219 South Dearborn, Chicago, Illinois, and then and there present the attached **Motion For Extension Of Time In Which To Answer Or Otherwise Plead**.

March 25, 2008                            Respectfully submitted,

                                            LISA MADIGAN
                                            Attorney General of Illinois

                              By:    s/ Michael R. Blankenheim
                                            MICHAEL R. BLANKENHEIM, Bar # 6289072
                                            Assistant Attorney General
                                            100 West Randolph Street, 12th Floor
                                            Chicago, Illinois 60601
                                            TELEPHONE: (312) 814-8826
                                            FAX: (312) 814-2253
                                            EMAIL: mblankenheim@atg.state.il.us

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2008, I electronically filed the foregoing **Notice Of Motion** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, and that on the same date I mailed by United States Postal Service the same to the following non-registered party:

Armando Amaya, K75877
Tamms Correctional Center
200 East Supermax Road
P.O. Box 2000
Tamms, Illinois 62988

s/ Michael R. Blankenheim
MICHAEL R. BLANKENHEIM, Bar # 6289072
Assistant Attorney General
100 West Randolph Street, 12th Floor
Chicago, Illinois 60601
TELEPHONE: (312) 814-8826
FAX: (312) 814-2253
EMAIL: mblankenheim@atg.state.il.us