Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 6793 | DATE | 4-11-08 |
| CASE TITLE | U.S. ex rel. Armando Amaya (K-75877) v. Ken Bartley | | |

**DOCKET ENTRY TEXT**

Petitioner's motion for this Court to not dismiss his petition [12] is denied as moot. On March 4, 2008, the Court allowed petitioner's petition to proceed upon determining that he paid the filing fee.

Docketing to mail notices.

isk

U.S. DISTRICT COURT
2008 APR 15 AM 8: 27
FILED