IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA <br> ex rel. ARMANDO AMAYA, <br> <br> Petitioner, <br> <br> v. <br> <br> KEN BARTLEY, <br> Warden, Tamms Correctional Center, <br> <br> Respondent. | ) <br> ) <br> ) <br> ) <br> ) <br> ) 07 C 6793 <br> ) <br> ) <br> ) The Honorable <br> ) John W. Darrah, <br> ) Judge Presiding. |

**MOTION FOR EXTENSION OF TIME IN WHICH
TO ANSWER OR OTHERWISE PLEAD**

Respondent KEN BARTLEY respectfully moves this Court for a 28-day extension of time, to and including May 29, 2008, in which to answer or otherwise plead to the petition for writ of habeas corpus filed in the above-captioned cause. In support, respondent states as follows:

1.  This case concerns a petition for writ of habeas corpus filed under 28 U.S.C. § 2254 by petitioner Armando Amaya, an inmate of the Illinois Department of Corrections serving a sentence of 62 years' imprisonment for his convictions of murder and attempted murder.

2.  Pursuant to this Court's order of March 27, 2008 (Doc. 18), respondent's answer or other responsive pleading is due on or before May 1, 2008. A status hearing is currently set for May 7, 2008 at 9:00 a.m. (*Id.*).

3.  Despite due diligence, the undersigned will be unable to file an answer or other responsive pleading by May 1, 2008.

4.  Upon being assigned to this case, undersigned counsel immediately began the process of ordering the record of petitioner's state court proceedings. The undersigned currently has all materials necessary to prepare an informed response to the petition.

5.  In addition to this case, the undersigned has been attending to the following assignments and responsibilities:

- preparation of the appellee's brief, *In re Commitment of Derry*, No. 3-07-0820, Appellate Court of Illinois, Third District (due May 6, 2008);

- preparation of a motion to dismiss, *U.S. ex rel. Williams v. Ryker*, No. 07 C 6068, United States District Court for the Northern District of Illinois (due May 2, 2008);

- preparation of a motion to dismiss, *White v. Phillips*, No. 08 MR 118, Circuit Court of Rock Island County, Illinois (due Apr. 28, 2008); and

- preparation of a response in opposition to a motion for leave to amend and a motion to stay pursuant to *Rhines v. Weber*, 544 U.S. 269 (2005), *Morrison v. Hulick*, 06-183-WDS, United States District Court for the Southern District of Illinois (filed Apr. 16, 2008).

Furthermore, undersigned counsel was away from the office on April 11, 2008, for a hearing on a motion to reconsider in *Lane v. Phillips*, No. 07 MR 115, Circuit Court of Adams County, Illinois.

6.  This motion is not for purposes of delay, but is made in good faith to ensure that respondent's interests are adequately protected.

7.  This is respondent's second request for an extension of time in which to answer or otherwise plead.

WHEREFORE, respondent respectfully requests that this Court grant him a 28-day extension of time, to and including May 29, 2008, in which to answer or otherwise plead to the instant petition for writ of habeas corpus.

April 22, 2008                                    Respectfully submitted,

                                                  LISA MADIGAN
                                                  Attorney General of Illinois

                                    By:   s/ Michael R. Blankenheim
                                          MICHAEL R. BLANKENHEIM, Bar # 6289072
                                          Assistant Attorney General
                                          100 West Randolph Street, 12th Floor
                                          Chicago, Illinois 60601
                                          TELEPHONE: (312) 814-8826
                                          FAX: (312) 814-2253
                                          EMAIL: mblankenheim@atg.state.il.us

## CERTIFICATE OF SERVICE

      I hereby certify that on April 22, 2008, I electronically filed respondent's **Motion For Extension Of Time In Which To Answer Or Otherwise Plead** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, and that on the same date I mailed by United States Postal Service the same to the following non-registered party:

Armando Amaya, K75877
Tamms Correctional Center
200 East Supermax Road
P.O. Box 2000
Tamms, Illinois 62988

                                        s/ Michael R. Blankenheim
                                        MICHAEL R. BLANKENHEIM, Bar # 6289072
                                        Assistant Attorney General
                                        100 West Randolph Street, 12th Floor
                                        Chicago, Illinois 60601
                                        TELEPHONE: (312) 814-8826
                                        FAX: (312) 814-2253
                                        EMAIL: mblankenheim@atg.state.il.us