IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>  ex rel. ARMANDO AMAYA,<br><br>            Petitioner,<br><br>      v.<br><br>KEN BARTLEY,<br>  Warden, Tamms Correctional Center,<br><br>            Respondent. | )<br>)<br>)<br>)<br>)<br>)  07 C 6793<br>)<br>)<br>)  The Honorable<br>)  John W. Darrah,<br>)  Judge Presiding. |

**NOTICE OF MOTION**

To:   Armando Amaya, K75877
      Tamms Correctional Center
      200 East Supermax Road
      P.O. Box 2000
      Tamms, Illinois 62988

   **Please Take Notice** that on April 29, 2008, at 9:00 a.m. or as soon thereafter as counsel may be heard, I will appear before the Honorable John W. Darrah, or any another judge sitting in his stead, in Courtroom 1203 at 219 South Dearborn, Chicago, Illinois, and then and there present the attached **Motion For Extension Of Time In Which To Answer Or Otherwise Plead**.

April 22, 2008                              Respectfully submitted,

                                            LISA MADIGAN
                                            Attorney General of Illinois

                              By:   s/ Michael R. Blankenheim
                                    MICHAEL R. BLANKENHEIM, Bar # 6289072
                                    Assistant Attorney General
                                    100 West Randolph Street, 12th Floor
                                    Chicago, Illinois 60601
                                    TELEPHONE: (312) 814-8826
                                    FAX: (312) 814-2253
                                    EMAIL: mblankenheim@atg.state.il.us

## CERTIFICATE OF SERVICE

      I hereby certify that on April 22, 2008, I electronically filed the foregoing **Notice Of Motion** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, and that on the same date I mailed by United States Postal Service the same to the following non-registered party:

Armando Amaya, K75877
Tamms Correctional Center
200 East Supermax Road
P.O. Box 2000
Tamms, Illinois 62988

                                             <u>s/ Michael R. Blankenheim</u>
                                             MICHAEL R. BLANKENHEIM, Bar # 6289072
                                             Assistant Attorney General
                                             100 West Randolph Street, 12th Floor
                                             Chicago, Illinois 60601
                                             TELEPHONE: (312) 814-8826
                                             FAX: (312) 814-2253
                                             EMAIL: mblankenheim@atg.state.il.us