## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6793 | **DATE** | April 24, 2008 |
| **CASE TITLE** | Amaya v. Bartley | | |

**DOCKET ENTRY TEXT:**

Respondent's Motion for Extension of Time in Which to Answer or Otherwise Plead [20], [21] is granted. Responsive pleading is to be filed on or before May 29, 2008. The status hearing scheduled for May 7, 2008, is stricken and reset to June 11, 2008, at 9:00 a.m.

Docketing to mail notice.

| | Courtroom Deputy Initials: | mf |
|---|---|---|