IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF ILLINOIS, EASTERN DIVISION.

United States of America ex.el )
Armando Amaya, )
    Petitioner )
)
) 07 C 6793
v. )
Ken Bartley, )
Warden, Tamms Corr. Cent. ) The Honorable
    Responden ) John W. Darrah
) Judge Presiding

FILED
JUN 24 2008
6-24-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Leave to Amend petition to habeas action. Brady v. Maryland 373 U.S. 83

Now comes Armando Amaya, pro se, petitioner in support of petition to leave to Amend write for habeas corpus, under due process of law.

## SUMMARY OF FACTS SUPPORTING CLAIM

Petitioner acknowledge that he is currently appealing the judgment of the circuit court of Kane Co. denying him leave to file his second successive post-conviction petition, In which petitioner raised the valation of due process under the costitution of the united states. where petitioner found newly discover evidence, that where place in a whole different incident 97-24443 (case 97 cf 2326) That is not this case incident, which would be 97-24441 case 98 cf 535 (Appeal is Due Oct 1st '08)

for the following reason defendant was unable to raise the issue in earlier petitions:

    On the night of October 29, 1997 two incident took place Inciden 97-24441, (Homicide at 309 E. New York st.) and Incident 97-24443 ( AGG. Battery with a firearm at 113 N. Kendall st.)

Petitioner was originaly charge with Incident 97-24443. and then for Incident 97-24441, months later.

1 of 4

Sharona C. Weakly on the night of Oct 29, 1997 made a statement to the Aurora P.D. for incident 97-24441. The shooting at 309 E. New York St. In her statement she states that the subject came up from behind her, once the subject was infront of her, he started shooting. The subject shot 2 times to the subjects east of him and took of running after the other subjects as he fire 3 tou more times.

She describe the subject as a Male Hispanic, light skinned, with no facial hair, that the subject was dress in black, wearing a black hat, black coat, and black pants, and he was wearing a large outer coat thight lenght black in color. That the hat was loose fitting wool-type hat pull down to above his eyebrows.

She also describe the subject as black or Mexican, very light skinned. That after the subject had finished firing the gun he paused, put the gun away in his pocket and ran northbound of the incident in the direction of the nurcing home and some houses (see attache Exh. 2)

The state prosecution violated defendants, due process rights, when they failed to disclose Weakly's police statement in this case 98 CF 535 Incident 97-24441

Weakly's statement was place in Incident 97-24443 which she is not a witness to. (see Exh. 2-5 & C000022)

Her statement without question controdicts the states whole case.

Tracy Johnson one of the state witness. that he was standing somewhere out on Galena Blv. when he hears 3 shots come from the direction of the 309 appartments, and then seen 3 people running in a group and they were comming from the area of the appartment that he saw them run across Galena Blv, into a car that was facing south on Lincoln St, infront of the Lincoln Laundromat. (see pet Exh. 5 Drawing by petitioner of the area) He also testify that he was sure that the people he seen running where the ones the police had pull over. (see trial transcrips at c771-799)

Mr. Johnson was standing more then a block away when he seen this. Weakle challenges Johnson statements because she is an eyewitness that seen the shooter run northbound, across New York St. (see Exh. 2)

Mr. Johnson testimony was use by the jury to reach their verdic when the were given his trial transcrips testimoney. (see trial E 1040-1045)

2 of 4

Judge Hudson also became the court world typist for Tracy Johnson testify to. (see Trial Trans. at c 422-436)

The state also call witness McCallister testimony whom testified that the male subject he saw come from New York st had a light goatee. see Trial c.752 & c758.) To support their testimony the state call Detitive Scott A Wolter to testify that petitioner had facial hair on the night of Oct 29, 1997 And to support the statement, the state presented Exhibit 38 for identification, which was a picture of the defendant (see Trial Trans. c812-813)

The state also call officer Adrew Hilberber, whom testify to the location of the incident, and to which way the Lincoln Laundromat where located from the incident, to support his statement the presented peoples Exhibi 1 & 21 a diagram of the area map in which he draws LL to point the location of the lincoln Laudromat (see Trial Trans. c571, c598-601)

To support this location of the Lincoln Laundromat, the state call sargent Michale Lanston whom the state call as a gang expert. To corroborate the sargent testimony they also use Exhibit 21 for the people, which he points out the location of the Lincoln Laudromet and testifieds that is located southbound of the incident. Lanston, also identified peoples Exhibit 40-43 which are pictures of diffrent looks from Galena Blv. (see trial trans c800 & 813)

Ms. Weakly whom is an eyewitness to this case contradicts the states whole case, she stated that the subject had no facial hair, and that she saw him run northbound across New York st, in the direction of the Nurcing home and between some houses. (see Exhibit 2  & Exh 5)

The reason why petitioner was unable to exhoust the Brady issue is because Ms. Weaklys statement was place in the wrong incident report that she was not a witness too. Her name not once was disclose to petitioner for this case (and she gave a tape/audio statement) (see Discovery report at common law record – c41-45, c86-89, c93-95, c98 & c107-108)

Weaklys statement brings the state case to question and shows that someone else committed the crime not the petitioner

The prosecution case was strongly that the person whom commited the crime ran southbound.

Her testimony brings doubt to the fact in which Judge Hudson base the instruction of accoutability, Tracy Johnson testimony. and also challenges what the jury use to conduct the petitioner on. plus the state whole case is challenge by ms. Weaklys statemen. see case 98CF535.

Petitione for this reasons, ask this court to find in good faith, that petitioner could have not known of Weaklys statement on the fact that her statement was misplace and was never disclose to petitioner for this case. and grants him leave to amend the Issue in question to the Instin write for habeas corpus.

Petitioner also prays this court grants him permission to aply the stay and abeyence approved by Rhines v. Weber 544 U.S. 269,275 (2005) for this Issue it still has to go through the appellate court process

## Conclusion

Petitioner prays this court grants him leave to field the Brady violation of due process, and amend it to the Instant Habeas corpus and alowed the petition to stay and Obeyence.

respectfully submitted
Armando Amaya.

Armando Amaya K-76877
P.O. Box 2000
Tumms, ILL. 62488

4 of 4

PROOF, Certificate of Service

TO: United State Dist. Court
Of The Southern Dist. Of Ill.
P.O. Box 249
East St. Louis, Ill. 62202-0249

TO: Hon. Lisa Madigan
Attorney General
100 W. Randolph St 12th Floor
Chicago, Ill. 60601

Please take notice that on 10-12-07, I have place the document listed below in the institutional mail at Tamms Corr. Cen., properly addressed to the parties listed above for mailing through the United State Postal Service; to be Filed with the clerk of the court on behalf of me (Armando Amaya) the attache Petition under 28 U.S.C. section 2254 For A Writ of HABEAS CORPUS by a person in state custody.

That I have mail the original plus 2 copies and the 5.00 Filling Fee to the United State Dist Court, and one copy to the Attorney General on thee above date.

Pursuant to 28 USC 1746, 18, U.S.C. 1621 OR 735 ILCS 5/109, I declare, under penalty of perjury, that I am a name party in the above action, that I have read the above documents, and that the information contained there in is true and correct to the best of my Knowledge.

Armando Amaya
Armando Amaya
K-75877
TAMMS Correctinal Center
P.O. Box 2000
TAMMS, ILL. 62988

EXH 1 OF 5



AURORA POLICE DEPARTMENT
SUPPLEMENTARY REPORT

INCIDENT #: 97-24443

COMPLAINANT:OFC DEVALDEVIOSO #195

TIME/DATE:2210 HRS/10-29-97    PAGE / OF / PAGES

---

REFERENCE:INTERVIEW WITH WITNESS SHARONA WEAKLY

WITNESS: WEAKLY,SHARONA CHENILLE; F/B; DOB 08-03-81; 301 E. NEW YORK ST. AURORA, IL. APT 3. TX 906-0328.

ON ABOVE DATE AND TIME, R/I A TAPED INTERVIEW WITH ABOVE WITNESS AT A.P.D, IN THE COURTROOM. R/I HAD LOCATED WITNESS WEAKLY AT THE SCENE, AND TRANSPORTED HER, ALONG WITH INV OLSEN, TO A.P.D. IN INV OLSENS' SQUAD.
   WITNESS WEAKLY RELATED THE FOLLOWING, IN SUMMARY:
   WEAKLY WAS IN HER RESIDENCE WHEN SHE HEARD MELISSA MATTHEWS, CHAYLA, AND COCO, ARGUING IN THE LOWER, SOUTH, LANDING OF THE APT BUILDING. WEAKLY WENT DOWNSTAIRS, TO THE LOWER SOUTH LANDING, ON THE EAST SIDE, BY THE GARBAGE DUMPSTER. WEAKLY STATED THERE WERE AT LEAST 10 PEOPLE IN THAT IMMEDIATE LOCATION, WATCHING THE ARGUMENT BETWEEN THE THREE FEMALES. WEAKLY STATED IN ADDITION TO THE THREE SHOOTING VICTIMS, AND THE THREE FEMALES ARGUING, A FEMALE NAMED MARY,A FEMALE NAMED RASHIDA, ZELINDA (MELLISA MATTHEWS MOTHER), AND A M/B NAMED "DE BO" WERE AMONG THOSE IN THE IMMEDIATE AREA.
   WEAKLY STATED A MALE SUBJECT WALKED UP BEHIND HER ON THE LANDING, AS IF HE CAME FROM THE LINCOLN STREET SIDE. SHE STATED WHEN THE SUBJECT WAS IMMEDIATELY IN FRONT OF HER, HE PULLED A PISTOL FROM HIS WAISTBAND AREA WITH HIS RIGHT HAND AND FIRED TWICE IN THE DIRECTION OF THE GROUP OF SUBJECTS TO HIS EAST. WEAKLY STATED AS THE GROUP OF SUBJECTS FLED, THE SUBJECT BEGAN RUNNING AFTER THOSE SUBJECTS FLEEING, FIRING 3 TO 4 MORE SHOTS.
   * WEAKLY DESCRIBED THE SUBJECT AS A MALE; PROBABLY HISPANIC, APPROXIMATELY 5'07", LIGHT SKINNED, WITH NO FACIAL HAIR. WEAKLY ESTIMATED HIS AGE TO BE 18-19. THE SUBJECT WAS DRESSED ALL IN BLACK, WEARING A BLACK COAT, BLACK HAT, BLACK PANTS, POSSIBLY JEANS. WEAKLY STATED THE SUBJECT WAS WEARING A LARGE WINTER-TYPE OUTER COAT, APPROXIMATELY THIGH LENGTH, BLACK IN COLOR. THE HAT WAS DESCRIBED AS BEING A LOOSE FITTING WOOL-TYPE HAT, PULLED DOWN TO ABOVE HIS EYEBROWS.
   * WEAKLY STATED THE SUBJECT WAS HOLDING THE PISTOL IN HIS RIGHT HAND, SIDEWAYS, AND WAS WALKING WHEN HE BEGAN FIRING, THEN RUNNING AS IF CHASING SOMEONE WHILE FIRING THE REMAINING ROUNDS.
   * WEAKLY STATED SHE WAS NOT SURE IF THE SUBJECT WAS BLACK OR MEXICAN, BUT THAT HE WAS VERY LIGHT SKINNED. SHE STATED SHE COULD PROBABLY IDENTIFY THE SUBJECT IF SHE SAW A PICTURE, DEFINITELY IF SHE SAW HIM IN PERSON.
   WEAKLY STATED AFTER THE SUBJECT HAD FINISHED FIRING, HE PAUSED, PUT THE GUN IN HIS POCKET, AND RAN NORTHBOUND IN THE DIRECTION OF THE NURSING HOME ACROSS NEW YORK ST., BETWEEN THE NURSING HOME AND SOME HOUSES.
   INV DONKA PLACED THE ORIGINAL CASSETTE TAPE OF THIS STATEMENT INTO EVIDENCE LOCKER NO# 8.

EXh 2 OF 5

INV SCOTT WOLTERS #157    SGT N. [signature] #446

# AURORA POLICE DEPARTMENT
## OFFENSE/INCIDENT REPORT

☐ PR ☐ JV ☐ GIU ☐ T/F ☐ HC ☐ A
☒ Kane ☐ DuPage ☐ Kendall ☐ Will

INCIDENT # 97-24443

**INCIDENT**
1. OFFENSE/INCIDENT: Agg Battery With Firearm
2. OFF CODE:
3. AREA/DIST: 2,8
4. DATE/TIME OF OCCURR: 10-29-97 2217 HRS   W (Wed)
5. LOCATION/ADDRESS OF OCCURRENCE: 113 N. Kendall St
6. LO. CODE:
7. ADDRESS NAME (IF APPROPRIATE): DNA
8. DATE TIME REPORTED: 10-29-97 2217

**COMPL.**
9. COMPLAINANT (LAST, FIRST, MIDDLE):
10. SEX: 11. RACE: 12. DOB: 13. RES. PHONE:
14. RES. ADDRESS (APT.): CITY STATE ZIP
15. BUS. PHONE:

**VICTIM**
16. VICTIM'S NAME (LAST, FIRST, MIDDLE) (BUSINESS):
17. SEX: 18. RACE: 19. AGE: 20. DOB: 21. RES. PHONE:
22. RES. ADDRESS (APT.): CITY STATE ZIP
23. BUS. PHONE:
24. INJURY TYPE:
25. TREATED AT:
26. TRANSPORTED BY:
27. SOCIAL SECURITY NO.:

**WITNESS**
28. WITNESS (LAST, FIRST, MIDDLE): Stone, Paula (W)
29. SEX: F  30. RACE: B  31. DOB: 12 06 57  32. RES. PHONE: None
33. RES. ADDRESS: 8254 Evans Ave, Chicago, IL 60619
34. BUS. PHONE: None
35. WITNESS #2 (LAST, FIRST, MIDDLE): Cortez, Theresa Mabel
36. SEX: F  37. RACE: B  38. DOB: 09 06 65  39. RES. PHONE: 585-8808
40. RES. ADDRESS: 13 N. Lovers St, Aurora, IL 60505
41. BUS. PHONE: None

**ARREST / OFFENDERS / SUSPECT**
42. #1 (LAST, FIRST, MIDDLE):
43-48. SEX/RACE/DOB/HT/WT/EYES/HAIR:
50. RES. ADDRESS (APT.) CITY STATE ZIP:
51. RES. PHONE: 52. R/V:
53. CLOTHING DESCRIPTION:
54. DL: 55. SS:
56. #2 (LAST, FIRST, MIDDLE):
57-63. SEX/RACE/DOB/HT/WT/EYES/HAIR:
64. RES. ADDRESS (APT.) CITY STATE ZIP:
65. RES. PHONE: 66. R/V:
67. CLOTHING DESCRIPTION:
68. DL:

70. SKIN TONE — 1 2 PERSON:
  ☐☐ (LI) LIGHT
  ☐☐ (M) MEDIUM
  ☐☐ (D) DARK

71. FACIAL HAIR — 1 2 PERSON:
  ☐☐ (UNK) UNKNOWN
  ☐☐ (INFH) NO FACIAL HAIR
  ☐☐ (BRD) BEARD
  ☐☐ (MUS) MUSTACHE
  ☐☐ (SDB) SIDEBURNS

72. HAIR STYLE (UP TO 3) — 1 2 PERSON:
  ☐☐ (UNK) UNKNOWN
  ☐☐ (BAL) BALD/PART. BALD
  ☐☐ (CUR) CURLY/AFRO
  ☐☐ (LON) LONG LENGTH
  ☐☐ (MED) MEDIUM LENGTH
  ☐☐ (SHO) SHORT LENGTH
  ☐☐ (STR) STRAIGHT

73. SCARS/MARKS/TATTOOS/DEFORM. (UP TO 3) — 1 2 PERSON:
  ☐☐ YES (DESCRIBE)
  LOCATION

74. APPEARANCE (UP TO 3) — 1 2 PERSON:
  ☐☐ (CAS) CASUAL
  ☐☐ (DIS) DISGUISE
  ☐☐ (OTR) OTHER/DNA
  ☐☐ (TRS) TRANSVESTITE
  ☐☐ (UNI) UNIFORM
  ☐☐ (WGR) WELL GROOMED
  ☐☐ (WRK) WORK CLOTHES

75. CAUTIONS (UP TO 3) — 1 2 PERSON:
  ☐☐ (ALC) ALCOHOL USE
  ☐☐ (ARM) ARMED
  ☐☐ (ARR) RESISTING
  ☐☐ (DRU) DRUG USE
  ☐☐ (ESC) ATTEMPT ESCAPE
  ☐☐ (IMP) IMPERSONATES OPPOSITE SEX
  ☐☐ (MED) MEDICAL COND.
  ☐☐ (MEN) HIST. OF ADMIS. TO MENTAL HEALTH FACIL.
  ☐☐ (SUI) ATTEMPT SUICIDE
  ☐☐ (VIO) VIOLENT

76. SPEECH PATTERN — 1 2 PERSON:
  ☐☐ (ACC) WITH ACCENT
  ☐☐ (DNA) DOES NOT APPLY
  ☐☐ (IMP) IMPEDIMENT/LISPS/STUTTERS
  ☐☐ (RPD) RAPID TALKATIVE
  ☐☐ (SLR) SLURRED/MUMBLES
  ☐☐ (OTH) OTHER (DESCRIBE)

77. ADDITIONAL DESCRIPTIONS:
78. ADDITIONAL SUSPECTS/ETC.: ☐ YES ☐ NO

**VEHICLE**
79. YEAR: 93  80. MAKE: Nissan  81. MODEL: Maxima  82. BODY STYLE: 4 door  83. TOP COLOR/BOTTOM: Blue  84. IMPOUNDED: ☐ YES ☐ NO
85. VEHICLE USAGE:
  ☐ (01) REGISTERED TO ARRESTEE
  ☐ (02) USED BY ARRESTEE REG. OTHER OWNER
  ☐ (03) PASSENGER IN VEHICLE
  ☐ (04) SUSPICIOUS VEHICLE/PERSON
  ☐ (05) INVOLVED IN ACCIDENT/TRAFFIC
  ☐ (06) USED IN COMMISSION OF OFFENSE
  ☐ (07) TOWED/ABANDONED/IMPOUNDED
  ☒ (08) TAPE OF OFFENSE
  ☐ (09) INVOLVED IN NON-TRAFFIC SERV
  ☐ (10) USED AS WEAPON

86. LICENSE NUMBER: 5926991  87. MO. YR: 03 98  88. STATE: IL  89. VIN: JN1HJ01F3PT092090

90. VEHICLE DESCRIPTION CODES (OPTIONAL – UP TO 3):
  ☐ (BTR) BEATER
  ☐ (CUS) CUSTOM EQUIPMENT
  ☐ (IMBP) MISSING BODY PARTS
  ☐ (BDM) BODY DAMAGE
  ☐ (BGL) BROKEN/CRACKED GLASS
  ☐ (PRI) PRIMER ON VEHICLE
  ☐ (FWD) FOUR WHEEL DRIVE
  ☐ (TGL) TINTED GLASS
  ☐ (TP) TOP/SUN ROOF

**SIGN**
91. REPORTING OFFICER: Harbach  STAR # 230  ASSISTING OFFICERS: DNA
92. SUPERVISOR:  93. COMMANDER:

ADDITIONAL FORMS SUBMITTED: ☐ SYNOPSIS ☐ EVID ☐ DUI ☐ TOW ☐ LEADS ☐ WORKSHEET ☐ IMPOUND SHEET

INCIDENT # 97-24443

Exh 3 of 5

# AURORA POLICE DEPARTMENT
## OFFENSE/INCIDENT REPORT

INCIDENT # 97-24441

☒ Kane ☐ DuPage ☐ Kendall ☐ Will

**INCIDENT**
1. OFFENSE/INCIDENT: HOMICIDE
2. OFF CODE:
3. AREA/DIST: 2/4
4. DATE/TIME OF OCCURR. S M T (W) T F S: 10/29/97 2053 HRS
5. LOCATION/ADDRESS OF OCCURRENCE: 309 E NEW YORK ST. APT #1
6. LO. CODE:
7. ADDRESS NAME (IF APPROPRIATE): DNA
8. DATE TIME REPORTED: 10/29/97 2053

**COMPL**
9. COMPLAINANT (LAST, FIRST, MIDDLE): HILGENBERG #233
10. SEX: —
11. RACE: —
12. DOB: —/—/—
13. RES. PHONE: 859-1700
14. RES. ADDRESS (APT.): 350 N RIVER ST.  CITY: AURORA, IL  ZIP: 60506
15. BUS. PHONE: 859-1700

**VICTIM**
16. VICTIM'S NAME (LAST, FIRST, MIDDLE) (BUSINESS): UNKNOWN
17. SEX: M
18. RACE: B
19. AGE: MID 20
20. DOB: UNK
21. RES. PHONE: UNK
22. RES. ADDRESS: UNKNOWN
23. BUS. PHONE: UNK
24. INJURY TYPE: FATAL GUNSHOT WOUND (L) CHEST
25. TREATED AT: DOA/SCENE
26. TRANSPORTED BY: KANE CO. CORONER
27. SOCIAL SECURITY NO.: UNK

**WITNESS**
28. WITNESS (LAST, FIRST, MIDDLE): SEE FOLLOW-UPS

**ARREST/SUSPECT/OFFENDERS**
42. #1 (LAST, FIRST, MIDDLE): UNKNOWN

70. SKIN TONE: (L) LIGHT / (M) MEDIUM / (D) DARK
71. FACIAL HAIR: (UNK) UNKNOWN / (NFH) NO FACIAL HAIR / (BRD) BEARD / (MUS) MUSTACHE / (SDB) SIDEBURNS
72. HAIR STYLE: (UNK) UNKNOWN / (BAL) BALD/PART. BALD / (CUR) CURLY/AFRO / (LON) LONG LENGTH / (MED) MEDIUM LENGTH / (SHO) SHORT LENGTH / (STR) STRAIGHT
73. SCARS/MARKS/TATTOOS/DEFORM.
74. APPEARANCE: CASUAL / DISGUISE / OTHER/DNA / TRANSVESTITE / UNIFORM / WELL GROOMED / WORK CLOTHES
75. CAUTIONS: ALCOHOL USE / ARMED / RESISTING / DRUG USE / ATTEMPT ESCAPE / IMPERSONATES OPPOSITE SEX / MEDICAL COND. / HIST. OF ADMIS. TO MENTAL HEALTH FACIL. / ATTEMPT SUICIDE / VIOLENT
76. SPEECH PATTERN: WITH ACCENT / DOES NOT APPLY / IMPEDIMENT/LISPS/STUTTERS / RAPID/TALKATIVE / SLURRED/MUMBLES / OTHER

**VEHICLE**
79. YEAR: U
80. MAKE: N
81. MODEL: K

**SIGN**
91. REPORTING OFFICER: A. Hilgenberg  STAR #: 233
92. SUPERVISOR: Sgt [signature]

INCIDENT # 97-24441

Exh 4 of 5

EXHIBITS



Exh 5055

# CERTIFICATE OF SERVICE

I hereby certify that on 6-18-08, I place in the mail at Tamms correctional center petitioner's reply to answer to petition for write of Habeas Corpus, addressed to the Clerk of the U.S District court. U.S court house, 219 south Dearborn st. Chicago ILL. 60605, That I place 1 original for the judge and another copy for the clerk. and on the same date I mailed through the Tamms mail room as well to Respondent at the address belowed. also to both places I mail in the same way motion to leave to amend petition to habeas action, Brady v. Maryland.

TO:

Michael R. BLANKENHEIM, Bar #6289072
Assistant Attorney General
100 West Randolph st. 12th Floor
Chicago, ILL 60601

Respectfully

Armando Amaya

Armando Amaya K-75877
P.O. Box 2000
Tamms, ILL 62988

Pursuant to 28 USC 1746, 18 U.S.C 1621 OR 735 ILCS 5/109 I declare, under penalty of perjury that I am a name party in the above action, that I have read the above documents and that the information contained there in is true and correct to the best of my knowledge

Amaya A.