IN THE UNITED STATE DISTRICT COURT FOR THE NORTHERN
DISTRICT OF ILLINOIS EASTERN DIVISION

FILED
JUL 2 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

United States of America ex rel.
Armando Amaya,
    Petitioner

v.

Ken Bartley,
Warden, Tamms Corr. Cent.
    Respondent

Case No. 07-C-6793
07 C 6793

The Honorable
John W. Darrah
Judge presiding

Jul. 24, 2008 MB

## Notice of Change of Address

I petitioner, Armando Amaya pro se', Move to inform the court, Clerk of the court and Attorney General (Michal R. Blankenhom) that Tamms Supermax Correctional Center has change the mailing address to:

    Tamms Correctinal Cent.
    8500 Supermax Road
    Tamms, Ill. 62988

That any mail under the P.O. Box 2000, will still be send here but that address is no longer correct.

        Respectfully submitted
        Amaya, Armando

Armando Amaya K-75877
8500 Supermax Road
Tamms, Ill. 62988.

1 pg of 2

## Certification of Service

I hereby certified that on 7-20-08, I place in the mail at Tamms Corr. Cent. a Notice of Change of Address. Address' to the Clerk of the U.S. District Court. U.S. Courthouse 219 S. Dearborn St. Chicago Ill. 60605. That I place 2 original hand written Notice one for the honorable Judge John W. Darrah and one for the Clerk. And on the same date, I mailed through the Tamms. Corr. Cent. Mail room the same Notice as well to respondent at the address belowed.

TO: Michael R. Blankenhim. Bar# 6289072
Assistant Attorney General.
100 W. Randolph St. 12th Floor
Chicago, Ill. 60601

Respectfully submitted,
Amaya, Armando.

Armando Amaya #K-75877
8500 Supermax Road
Tamms, Ill. 62988

Prusuant to 28 U.S.C. 1746, 18 U.S.C. 1621, I declare under Penalty of perjury that I am a name party in the above action, that I have read the above information containe their in is true and correct to the best of my knowledge.

Amaya